1 | Antonio Ruiz, Bar No. 155659
2 | WEINBERG, ROGER & ROSENFELD, P.C.
  | 1001 Marina Village Parkway, Suite 200
  | Alameda, CA 95501
3 | Phone:  (510) 337-1001; Fax:  (510) 337-1023
  | courtnotices@unioncounsel.net
4 |
5 | David P. Dean, Emilie S. Kraft, Darin M. Dalmat
  | JAMES & HOFFMAN, P.C.
  | 1101 17th St. NW, Ste. 510
6 | Washington, DC 20036
  | Phone:  (202) 496-0500; Fax:  (202) 496-0555
7 | dpdean@jamhoff.com; eskraft@jamhoff.com;
  | dmdalmat@jamhoff.com
8 |
  | Attorneys for Plaintiffs
9 |
10 | Juan Hong, (CA SBN 234046)
   | Law Office of Juan Hong, A Law Corp.
   | 4199 Campus Drive, Suite 550
11 | Irvine, CA 92612
   | Phone: (949)509-6505; Fax: (949) 335-6647
12 | Email: jhong48@gmail.com
13 | Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| WENDESEN DULA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1877, | ) No.    **CV 10-4091 SJO (JCGx)**<br>)<br>)<br>) |
| Plaintiffs, | ) **ORDER**<br>) |
| v. | ) **Discovery Document: Referred to**<br>) **Magistrate Judge Jay C. Gandhi**<br>) |
| CALOP BUSINESS SYSTEMS, INC. d/b/a CALOP AEROGROUND SERVICES, | )<br>)<br>) |
| Defendant. | ) **NOTE CHANGES MADE BY THE**<br>) **COURT.**<br>) |
| CALOP BUSINESS SYSTEMS, INC. d/b/a CALOP AEROGROUND SERVICES, | )<br>)<br>) |
| Counterclaimant, | )<br>) |
| v. | )<br>) |
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1877 | )<br>)<br>) |
| Counterdefendant. | ) |

[PROPOSED] ORDER

Having considered the parties' agreement and the requirements for the entry of protective orders under Fed. R. Civ. P. 26(c), this Court approves the proposed Stipulated Protected Order in the form attached as Exhibit A to the parties' stipulation and hereby ORDERS the entry of that Stipulated Protective Order.  See Docket No. 63.

November 1, 2010
DATE                                                    Hon. Jay C. Gandhi

1