JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDESEN DULA, et al., | NO. CV 10-04091 SJO (JCGx) |
| Plaintiffs, | **JUDGMENT IN FAVOR OF DEFENDANT** |
| v. | |
| CALOP BUSINESS SYSTEMS, INC., | |
| Defendant. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on Defendant Calop Business Systems, Inc. d/b/a Calop Aeroground Services' ("Defendant") Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion").

Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law. The Court grants Defendant's Motion against Plaintiff Service Employees International Union Local 1877 ("Plaintiff").

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be, |
| 2 | and hereby is, entered in favor of Defendant for Claims Three, Four, and Seven, which are: (1) |
| 3 | violation of section 2, Third of the Railway Labor Act ("RLA"); (2) violation of section 2, Fourth of |
| 4 | the RLA; and (3) failure to arbitrate under section 4 of the Federal Arbitration Act, respectively. |
| 5 | IT IS SO ADJUDGED. |

Dated this 22 day of July, 2011

*S. James Otero*

———————————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE